UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| MARCO VELASCO-CHANONA, | ) | |
| Institutional ID No. 14467-032, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 5:14-CV-111-BG |
| S McADAMS, Senior Warden, | ) | ECF |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT AND RECOMMENDATION**

Plaintiff Marco Velasco-Chanona filed this civil rights action on July 2, 2014, and the district court transferred the action to the undersigned magistrate judge for preliminary screening. On October 17, 2014, Velasco-Chanona filed a "Motion to Dismiss and Withdraw" in which he gives notice that he will be deported to Mexico and finds no reason to continue to litigate this action.

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure permits a plaintiff to nonsuit his claims before the opposing party serves either an answer or a motion for summary judgment. The Defendants have not made an appearance in this case. The undersigned therefore recommends that the district court dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(B).

Dated:       October 22, 2014.

_____
NANCY M. KOENIG
United States Magistrate Judge